1  DEANNA L. FORBUSH
   Nevada Bar No. 6646
2  dforbush@clarkhill.com
   COLLEEN E. MCCARTY
3  Nevada Bar No. 13186
   Email: cmccarty@clarkhill.com
4  **CLARK HILL PLLC**
   3800 Howard Hughes Parkway, Suite 500
5  Las Vegas, Nevada 89169
   Telephone: (702) 862-8300
6  Facsimile: (702) 862-8400
   Attorneys for Plaintiff Plot USA, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PLOT USA, INC., a Domestic Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>TAKESHI "SEAN" HAYAKAWA, an individual; and YUKARI HIDAKA, an individual, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00922-JAD-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MICHAEL COHEN AND MICHAEL C. MILLS' MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT TAKESHI "SEAN" HAYAKAWA**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiff Plot USA, Inc. ("Plaintiff"), by and through its counsel, Deanna L. Forbush, Esq. and Colleen E. McCarty, Esq. of the law firm of Clark Hill PLLC, and Defendant Takeshi "Sean" Hayakawa ("Defendant Hayakawa"), by and through his counsel Michael N. Cohen, Esq. of the Cohen IP Law Group, PC, and Michael C. Mills, Esq. of the law firm of Bauman Loewe Witt & Maxwell, PLLC, that the hearing on Michael Cohen and Michael C. Mills' Motion to Withdraw as Counsel for Defendant Takeshi "Sean" Hayakawa ("Motion To Withdraw") [Doc. 36], be vacated and continued to a date based on the Court's availability.

Counsel for Plaintiff, Deanna L. Forbush, Esq. and Colleen E. McCarty, Esq. are both unavailable on the date currently set for hearing, Friday, June 28, 2019 at 10:30 a.m. As such,

the Parties request the hearing be re-set to a date and time convenient to the Court on or after July 1, 2019.

| | |
|---|---|
| **CLARK HILL PLLC** | **BAUMAN LOEWE WITT & MAXWELL, PLLC** |
| By: */s/ Colleen E. McCarty* <br> DEANNA L. FORBUSH, ESQ. <br> Nevada Bar No. 6646 <br> COLLEEN E. MCCARTY, ESQ. <br> Nevada Bar No. 13186 <br> 3800 Howard Hughes Parkway, Suite 500 <br> Las Vegas, Nevada 89169 <br> Telephone: (702) 862-8300 <br> *Attorneys for Plaintiff Plot USA, Inc.* | By: */s/ Michael C. Mills* <br> MICHAEL C. MILLS, ESQ. <br> Nevada Bar No. 0035334 <br> 3650 N. Rancho Dr., Ste. 114 <br> Las Vegas, Nevada 89130 <br> Email: mmillsblwmlawfim.com <br> *Attorney for Defendant, Takeshi "Sean" Hayakawa* |

**COHEN IP LAW GROUP, PC**

By: */s/ Michael N. Cohen*
MICHAEL N. COHEN, ESQ.
LIAM M. MCNAMARA, ESQ.
9025 Wilshire Blvd., Ste. 301
Beverly Hills, CA 90211
Email: mcohencohenip.com
*Attorneys for Defendant, Takeshi "Sean" Hayakawa*

**ORDER**

**IT IS HEREBY ORDERED** that the hearing on the Motion to Dismiss, currently set for Friday, June 28, 2019 at 10:30 a.m., is vacated and shall be continued to the __8th__ day of __July__, 2019 at 9:30 a.m. in LV Courtroom 3A.

DATED this 19th day of July, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**

2

ClarkHill\68452\323051\221785290.v1-6/17/19