# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Plot USA, Inc., | Case No.: 2:18-cv-00922-JAD-EJY |
| Plaintiff | |
| v. | **Order Denying Untimely Renewed Motion for Summary Judgment** |
| Takeshi Hyakawa and Yukari Hidaka, | [ECF No. 78] |
| Defendants | |

When pro se defendant Takeshi Hyakawa didn't respond to Plot USA's requests for admissions, the company used them in support of its motion for summary judgment last year.[1] But the admissions alone didn't end this case, so I granted summary judgment in its favor as to liability only on its claims for breach of contract and interference with a prospective economic advantage, leaving the issue of damages for trial.[2] Without seeking leave to do so, the company renewed its summary-judgment motion, focusing on the damages issue.[3] But under this court's local rules and the Federal Rules of Civil Procedure, the deadline to file a summary-judgment motion was many months ago.[4] And while a court may "order otherwise" under Rule 56(b), the company has offered no basis to do so. So I deny Plot's renewed motion for summary judgment

---

[1] ECF No. 65 (motion for summary judgment).

[2] ECF No. 74.

[3] ECF No. 78 (renewed motion for summary judgment).

[4] Fed. R. Civ. P. 56(b) ("Unless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery."); LR 26-1(b)(4) ("Unless the discovery plan otherwise provides and the court so orders, the deadline for filing dispositive motions is 30 days after the discovery cut-off date."); LR 7-2 ("Unless the court orders otherwise, the time for filing a motion for summary judgment is governed by Fed. R. Civ. P. 56(b).").

without prejudice to its ability to re-urge its request with a properly supported motion for leave to file its untimely motion under the federal rules and Local Rule IA 6-1.[5]

IT IS THEREFORE ORDERED that Plot USA's renewed motion for summary judgment **[ECF No. 78] is DENIED without prejudice as untimely**. If the company wishes to re-urge its motion along with a properly supported companion motion for leave, it must do so by **July 16, 2021**. The Clerk of Court is directed to SEND a copy of Plot's renewed motion [ECF No. 78] and a copy of this order to Hyakawa's updated address.

_____
U.S. District Judge Jennifer A. Dorsey
July 6, 2021

---

[5] LR IA 6-1 (requiring a party to show excusable neglect for failing to file the motion before the expired deadline).

2