AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PLOT USA, INC.,

          Plaintiff,

v.

Takeshi Hyakawa and Yukari Hidaka,

          Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00922-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Plot USA, Inc., against Yukari Hidaka and Takeshi Hayakawa, jointly and severally, in the total amount of $364,997.59. This case is now closed.

November 21, 2022                                DEBRA K. KEMPI
Date                                                                 Clerk

                                                                         /s/ T. Roush-Wallace
                                                                         Deputy Clerk